UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

## OBJECTION TO NOTICE OF UNAVAILABILITY

**No. 20-35573**

D.C.No. 2:20-cv-00372-RAJ
U.S. District Court for Western Washington, Seattle

Gabriella Kertesz pro se

    Plaintiff - Appellant,

v.

Bob Ferguson, Attorney General of Washington State

    Defendant - Appellee

1

TO: Bob Ferguson, Attorney General of Washington State, Defendant - Appellee

AND TO: UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

## I. Objection to Notice of Unavailability

If the Attorney General's lawyer needs to take an extended leave, so be it. These are trying times for all of us. My common sense tells me that Bob Ferguson has an armada of lawyers at his disposal that could take over the case for Kelsey L. Martin.

Ultimately it is *up to this Court* to decide the timeline of this case. *I will not question if the Court needs time until April.* However, I object that the Attorney General should have the power to delay court proceedings for a quarter of a year without having to legally justify it. I would like my objection to the Attorney General's unavailability notice to be noted in the court records.

It is my hope that this honorable court will take action in a reasonable amount of time. Whenever that may be convenient to the Court. Should the Court decide that this case does not merit action, I will not appeal to the Supreme Court. This matter is officially in the hands of three judges. God help us.

## II. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/21/2020
Signature of Plaintiff: s/ Gabriella Kertesz
Printed Name of Plaintiff: Gabriella Kertesz
9702 1st Ave NW
Seattle, WA 98117
Tel: 425-243-2287
Email: gaboca@gmail.com