UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 23 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GABRIELLA KERTESZ, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> BOB FERGUSON, Attorney General of Washington State, <br><br> Defendant - Appellee. | No. 20-35573 <br><br> D.C. No. 2:20-cv-00372-RAJ <br> U.S. District Court for Western Washington, Seattle <br><br> **MANDATE** |

The judgment of this Court, entered July 01, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Quy Le
Deputy Clerk
Ninth Circuit Rule 27-7