UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 30 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GABRIELLA KERTESZ,<br><br>    Plaintiff-Appellant,<br><br> v.<br><br>BOB FERGUSON, Attorney General of Washington State,<br><br>    Defendant-Appellee. | No. 20-35573<br><br>D.C. No. 2:20-cv-00372-RAJ<br>Western District of Washington, Seattle<br><br>ORDER |

Before: SILVERMAN, WATFORD, and BENNETT, Circuit Judges.

Kertesz's motions to seal (Docket Entry Nos. 23 and 24) are denied.

No further filings will be entertained in this closed case.